# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 607 EAL 2013 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : **Unpublished Memorandum and Order** |
| v. | : of the Superior Court at No. 3053 EDA |
| | : 2011 filed October 24, 2013, **dismissing** |
| | : the Judgment of Sentence of the |
| JOSEPH FLICK, | : Philadelphia County Court of Common |
| | : Pleas at No. CP-51-CR-0015607-2010 |
| Respondent | : filed October 11, 2011 |

## ORDER

**PER CURIAM**

 **AND NOW**, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration in light of Commonwealth v. Castro, ___ A.3d ___, 2014 WL 2722742 (Pa. filed Jun. 16, 2014). Petitioner's Application to Remand to Trial Court is **DENIED**.

 Jurisdiction relinquished.